Kathryn J. Halford (CA Bar No.68141)
Email: khalford@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan, the Motion
Picture Industry Individual Account Plan, and
Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN, <br><br> Plaintiffs, <br><br> v. <br><br> TLRT VICTORY, LLC, a California limited liability company, dba WILSHIRE STAGES; TLRT VICTORY II, LLC, a California limited liability company, dba WILSHIRE STAGES; ADVANCED DIGITAL POST GROUP, LLC, a California limited liability company dba WILSHIRE STAGES <br><br> Defendant. | Case No. 07-cv-07787-DSF-CTx <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, TLRT VICTORY, LLC, a California limited liability company, dba WILSHIRE STAGES; TLRT VICTORY II, LLC, a California limited liability company, dba WILSHIRE STAGES; ADVANCED DIGITAL POST GROUP, LLC, a California limited liability company dba WILSHIRE STAGES having judgment entered against them on September 8, 2008:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to pay the total amount of said judgment; and that Defendant is indebted to Plaintiff.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against Defendant be renewed in the amount of $135,268.04 which is broken down as follows:

- a. Overpaid Benefits .... ……………………………….……$6,032.30
- b. Contributions…………………………………….……$32,288.75
- c. Auditing Costs………………..……………..……………. $9,371.25
- d. Liquidated Damages………………………………. $31,117.31
- e. Interest…………………………………………….$24,058.43
- f. Attorney's Fees……………………………………$32,400.00

    Subtotal (Judgment as Entered)……………..……………$135,268.04

- g. Interest after judgment computed from September 8, 2008 through April 16, 2018 …………..….$24,815.40

    GRAND TOTAL:……………………………………....$160,083.44

Dated: April 23, 2018

_____
 ERK, UNITED STATES DISTRICT COURT

Presented by:

| | |
|---|---|
| WOHLNER KAPLON CUTLER HALFORD & ROSENFELD | |
| DATED: April 18, 2018 | Kathryn J. Halford<br>WOHLNER KAPLON CUTLER<br>HALFORD & ROSENFELD<br><br>BY: */s/ Kathryn J. Halford*<br>KATHRYN J. HALFORD<br>Attorneys for Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan |